UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------ X

MICHAEL BENDER,

                            Petitioner,

            -v-

F. MENIFEE, WARDEN, FCI OTISVILLE

                            Respondent.

------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8|4|08

00 Civ. 1783 (DLC)

ORDER

DENISE COTE, District Judge:

An order of Judge Charles Brieant, signed on or around March 8, 2000, sealed this action and required the judge to whom this case was assigned to determine whether such sealing was appropriate. On June 13, 2001, the petitioner voluntarily dismissed this action.

On July 16, 2008, this sealed case was reassigned to this Court. This Court preliminarily determined that the files could be unsealed and filed in the public record with limited redactions and, thus, ordered on July 22, 2008 that Robert Ratliff, plaintiff's counsel, advise this Court by August 1, 2008 why this case should not be unsealed and its documents filed in the public record with the proposed redactions. Having received no request from plaintiff's counsel to keep the case sealed in its entirety or to amend the proposed redactions, it is hereby

ORDERED that the Clerk of Court shall unseal 00 Civ. 1783 and
file the documents in the public record subject to the redactions
listed in the July 22, 2008 Order.

IT IS FURTHER ORDERED that unredacted pages which contain the
passages redacted from the documents filed in the public record
shall continue to be filed under seal.

IT IS FURTHER ORDERED that the Clerk of Court shall close this
case.


    SO ORDERED:

Dated:    New York, New York
          August 4, 2008

                                    _____
                                         DENISE COTE
                                    United States District Judge

Copies sent to:


Robert A. Ratliff                    PLEASE SEND IMMEDIATELY TO COUNSEL
713 Dauphin Street                   FOR ALL PARTIES
Mobile, AL 36602